B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jones, Mark L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Jones, Vivian M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9440** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3043** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7441 Spartan Ave**<br>**Norfolk, VA**<br>ZIP Code **23518** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7441 Spartan Ave**<br>**Norfolk, VA**<br>ZIP Code **23518** |
| County of Residence or of the Principal Place of Business:<br>**Norfolk City** | County of Residence or of the Principal Place of Business:<br>**Norfolk City** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which |
|---|---|---|
| (Form of Organization) (Check one box) | (Check one box) | the Petition is Filed (Check one box) |

**Type of Debtor** (Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                              Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jones, Mark L**<br>**Jones, Vivian M** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ W. Greer McCreedy, II**                    **April 9, 2015**<br>Signature of Attorney for Debtor(s)                          (Date)<br>**W. Greer McCreedy, II 27681** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jones, Mark L**<br>**Jones, Vivian M** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark L Jones**
Signature of Debtor **Mark L Jones**

X **/s/ Vivian M Jones**
Signature of Joint Debtor **Vivian M Jones**

Telephone Number (If not represented by attorney)

**April 9, 2015**
Date

### Signature of Attorney*

X **/s/ W. Greer McCreedy, II**
Signature of Attorney for Debtor(s)

**W. Greer McCreedy, II 27681**
Printed Name of Attorney for Debtor(s)

**The McCreedy Law Group, PLLC**
Firm Name

**413 West York Street**
**Norfolk, VA 23510**
Address

**Email: McCreedy@McCreedylaw.com**
**757 233-0045  Fax: 757 233-7661**
Telephone Number

**April 9, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Mark L Jones**
**Vivian M Jones**

Debtor(s)

Case No. _____

Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

        Signature of Debtor:   **/s/ Mark L Jones**
                               **Mark L Jones**

        Date:    **April  9, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Mark L Jones**
**Vivian M Jones**
_____
Debtor(s)

Case No. _____
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Vivian M Jones**
                    **Vivian M Jones**

Date: **April 9, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Mark L Jones,**                  Case No. _____
          **Vivian M Jones**

                                                        ,
                                           Debtors           Chapter_____ **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 11,227.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,284.48 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 6,728.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 87,453.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,587.47 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,722.54 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 11,227.00 | | |
| Total Liabilities | | | | 101,466.54 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Mark L Jones,**                              Case No. _____

          **Vivian M Jones**

                                      ,      Chapter_____**13**_____

                            Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 6,728.51 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 6,728.51 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,587.47 |
| Average Expenses (from Schedule J, Line 22) | 2,722.54 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,336.52 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 260.48 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 6,728.51 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 87,453.55 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 87,714.03 |

B6A (Official Form 6A) (12/07)

.

In re    **Mark L Jones,**                                        Case No. _____
         **Vivian M Jones**

_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Mark L Jones,**
       **Vivian M Jones**                                                    Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash in hand** | H | 5.00 |
| | | **Cash in Hand** | W | 5.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Suntrust \*6576** | H | 1.00 |
| | | **Navy Federal Credit Union Savings \*5183** | H | 5.00 |
| | | **Langley Federal Credit Union Savings \*648-S1** | W | 5.00 |
| | | **Langley Federal Credit Union Checking \*648** | W | 208.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa, loveseat, end tables, coffee table, 3 TVs, VCR, DVD Player, 2 Telephones, 3 Clocks, Lamp, Rug, Dinning table/chairs, hutch, washer/dryer, microwave, glasses, crystal, pots & pans, bedding & beds, night tables, lawn mower & tools** | J | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, baseballs, trading cards** | J | 135.00 |
| | | **Bible** | J | 50.00 |
| 6.  Wearing apparel. | | **1 lot mens clothing** | H | 200.00 |
| | | **1 lot womans clothing** | W | 300.00 |
| 7.  Furs and jewelry. | | **Watch and class rings** | W | 150.00 |
| | | **Men's wedding ring** | H | 50.00 |
| | | **Women's wedding ring** | W | 50.00 |
| | | **Watch** | H | 50.00 |

                                                                        Sub-Total >        **1,714.00**
                                                                    (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mark L Jones,**                                           Case No. _____
         **Vivian M Jones**

                                    _____,
                                        Debtors
# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Video camera, golf clubs** | **J** | **90.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Policy with Dollar General** | **W** | **1.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in J&J Powerwashing & Lawn Care, Sole proprietership** | **H** | **1.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated 2014 Federal Tax Refund** | **W** | **1.00** |
| | | **Anticipated 2014 State Tax Refund** | **W** | **1.00** |
| | | **Anticipated 2014 State Tax Refund** | **H** | **1.00** |
| | | **Anticipated 2014 Federal Tax Refund** | **H** | **1.00** |

                                                          Sub-Total >        **96.00**
                                                      (Total of this page)

Sheet  __**1**__  of  __**3**__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mark L Jones,**                                              Case No. _____
         **Vivian M Jones**

                                    _____,
                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford Contour Mileage: 117,200 Does not run** | J | 1,140.00 |
| | | **2002 Toyota Camry Mileage: 120,581** | J | 7,024.00 |
| | | **2011 Carry On Utility Trailer** | H | 600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >            **8,764.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Mark L Jones,**                                                      Case No. _____
          **Vivian M Jones**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **electric chain saw, gas chain saw, power tools, 2 weed eaters, lawnmower** | **H** | **450.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Earned but unpaid wages** | **H** | **1.00** |
| | | **Earned but unpaid wages** | **W** | **200.00** |
| | | **Unanticipated Inheritance** | **H** | **1.00** |
| | | **Unanticipated Inheritance** | **W** | **1.00** |

|  | Sub-Total > | **653.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **11,227.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Mark L Jones,**                                                    Case No. _____
         **Vivian M Jones**

                                    _____ ,
                                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Husband's Exemptions** | | | |
| **Cash on Hand** | | | |
| **Cash in hand** | Va. Code Ann. § 34-4 | 5.00 | 5.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Suntrust *6576** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| | | | |
| **Navy Federal Credit Union Savings *5183** | Va. Code Ann. § 34-4 | 5.00 | 5.00 |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Sofa, loveseat, end tables, coffee table, 3 TVs, VCR, DVD Player, 2 Telephones, 3 Clocks, Lamp, Rug, Dinning table/chairs, hutch, washer/dryer, microwave, glasses, crystal, pots & pans, bedding & beds, night tables, lawn mower & tools** | Va. Code Ann. § 34-26(4a) | 250.00 | 500.00 |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, pictures, baseballs, trading cards** | Va. Code Ann. § 34-26(4a) | 135.00 | 135.00 |
| | | | |
| **Wearing Apparel** | | | |
| **1 lot mens clothing** | Va. Code Ann. § 34-26(4) | 200.00 | 200.00 |
| | | | |
| **Furs and Jewelry** | | | |
| **Men's wedding ring** | Va. Code Ann. § 34-26(1a) | 50.00 | 50.00 |
| | | | |
| **Watch** | Va. Code Ann. § 34-4 | 50.00 | 50.00 |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Video camera, golf clubs** | Va. Code Ann. § 34-4 | 90.00 | 90.00 |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **Interest in J&J Powerwashing & Lawn Care, Sole proprietership** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated 2014 State Tax Refund** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| | | | |
| **Anticipated 2014 Federal Tax Refund** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2011 Carry On Utility Trailer** | Va. Code Ann. § 34-4 | 1.00 | 600.00 |
| | Va. Code Ann. § 34-26(7) | 600.00 | |
| | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **electric chain saw, gas chain saw, power tools,** | Va. Code Ann. § 34-26(7) | 450.00 | 450.00 |
| **2 weed eaters, lawnmower** | Va. Code Ann. § 34-4 | 1.00 | |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Earned but unpaid wages** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |

____**2**____ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Mark L Jones,**
      **Vivian M Jones**

Case No. _____

_____ ,
                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Unanticipated Inheritance** | **Va. Code Ann. § 34-4** | **1.00** | **1.00** |

| | Total: | **1,843.00** | **2,091.00** |
|---|---|---|---|

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Mark L Jones,**                                      Case No. _____
         **Vivian M Jones**

                                          ,
                                    Debtors
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Cash on Hand** | | | |
| **Cash in Hand** | Va. Code Ann. § 34-4 | **5.00** | **5.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Langley Federal Credit Union Savings *648-S1** | Va. Code Ann. § 34-4 | **5.00** | **5.00** |
| **Langley Federal Credit Union Checking *648** | Va. Code Ann. § 34-4 | **208.00** | **208.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Sofa, loveseat, end tables, coffee table, 3 TVs, VCR, DVD Player, 2 Telephones, 3 Clocks, Lamp, Rug, Dinning table/chairs, hutch, washer/dryer, microwave, glasses, crystal, pots & pans, bedding & beds, night tables, lawn mower & tools** | Va. Code Ann. § 34-26(4a) | **250.00** | **500.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Bible** | Va. Code Ann. § 34-26(1) | **50.00** | **50.00** |
| | | | |
| **Wearing Apparel** | | | |
| **1 lot womans clothing** | Va. Code Ann. § 34-26(4) | **300.00** | **300.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Watch and class rings** | Va. Code Ann. § 34-4 | **150.00** | **150.00** |
| **Women's wedding ring** | Va. Code Ann. § 34-26(1a) | **50.00** | **50.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Term Policy with Dollar General** | Va. Code Ann. § 34-4 | **1.00** | **1.00** |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated 2014 Federal Tax Refund** | Va. Code Ann. § 34-4 | **1.00** | **1.00** |
| **Anticipated 2014 State Tax Refund** | Va. Code Ann. § 34-4 | **1.00** | **1.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Ford Contour** | Va. Code Ann. § 34-26(8) | **1,140.00** | **1,140.00** |
| **Mileage: 117,200** | Va. Code Ann. § 34-4 | **1.00** | |
| **Does not run** | | | |
| **2002 Toyota Camry** | Va. Code Ann. § 34-4 | **1.00** | **7,024.00** |
| **Mileage: 120,581** | | | |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Earned but unpaid wages** | Va. Code Ann. § 34-29 | **150.00** | **200.00** |
| | Va. Code Ann. § 34-4 | **50.00** | |
| **Unanticipated Inheritance** | Va. Code Ann. § 34-4 | **1.00** | **1.00** |

|  | Total: | **2,364.00** | **9,636.00** |

Sheet   __2__   of   __2__   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Mark L Jones,**
      **Vivian M Jones**

                                  ,
                        Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Westlake Finance**<br>**4751 Wilshire Blvd., Ste 100**<br>**Los Angeles, CA 90010** | | J | **2002 Toyota Camry**<br>**Mileage: 120,581** | | | | | |
| | | | Value $        **7,024.00** | | | | 7,284.48 | 260.48 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | 7,284.48 | 260.48 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 7,284.48 | 260.48 |

B6E (Official Form 6E) (4/13)

.

In re   **Mark L Jones,**                                                                                    Case No. _____
        **Vivian M Jones**
                                                                                          ,
                                               Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Mark L Jones,**
         **Vivian M Jones**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Commonwealth of Virginia Department of Taxation, Legal P.O. Box 2156 Richmond, VA 23218** | | W | | 2011 Individual IncomeTaxes | | | | 538.63 | 0.00 538.63 |
| Account No. **IRS Insolvency Unit PO Box 7346 Philadelphia, PA 19101** | | W | | 2011 Individual Taxes | | | | 1,576.04 | 0.00 1,576.04 |
| Account No. **IRS Insolvency Unit PO Box 7346 Philadelphia, PA 19101** | | W | | 2008 Individual Taxes | | | | 2,500.00 | 0.00 2,500.00 |
| Account No. **IRS Insolvency Unit PO Box 7346 Philadelphia, PA 19101** | | W | | 2009 Individual Taxes | | | | 1,168.84 | 0.00 1,168.84 |
| Account No. **IRS Insolvency Unit PO Box 7346 Philadelphia, PA 19101** | | H | | 2013 | | | | 945.00 | 0.00 945.00 |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 6,728.51 | 0.00 6,728.51 |
| Total (Report on Summary of Schedules) | 6,728.51 | 0.00 6,728.51 |

B6F (Official Form 6F) (12/07)

In re  **Mark L Jones,**                                                                     Case No. _____
       **Vivian M Jones**
_____ ,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allied Interstate LLC**<br>**POB 4000**<br>**Warrenton, VA 20188** | | J | | | | | 609.00 |
| Account No.<br><br>**Armstrong Grocery**<br>**William O. Roundtree, Esq**<br>**POB 62813**<br>**Virginia Beach, VA 23466** | | J | | | | | 139.00 |
| Account No.<br><br>**Avon**<br>**POB 105033**<br>**Atlanta, GA 30348** | | J | | | | | 67.00 |
| Account No.<br><br>**Bank of America**<br>**Credit Controll LLC**<br>**POB 488**<br>**Hazelwood, MO 63042** | | J | | | | | 629.00 |
| __18__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 1,444.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**                                                        Case No. _____
        **Vivian M Jones**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Bayview Physician Services, PC POB 7068 Portsmouth, VA 23707** | | J | | | | | | 182.00 |
| Account No. | | | | | | | | |
| **Camden Lansdowne 43805 Stoney Brook Sq Leesburg, VA 20176** | | J | | | | | | 114.00 |
| Account No. | | | | | | | | |
| **Capital One POB 71083 Charlotte, NC 28272** | | J | | | | | | 570.00 |
| Account No. | | | | | | | | |
| **Capital One Auto Finance POB 60511 City of Industry, CA 91716** | | J | | | | | | 1,729.00 |
| Account No. | | | | | | | | |
| **CDR Investments LLC dba Aaaron's 504 Fort Evans Rd Leesburg, VA 20176** | | J | | | | | | 400.00 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,995.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mark L Jones,**                                                    Case No. _____
**Vivian M Jones**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Chevy Chase Bank** **6200 Chevy Chase Dr** **Laurel, MD 20707** | | J | | | | | 6.00 |
| Account No. | | | | | | | |
| **Cingular Wireless-WAS** **Nationwide Recovery Systems** **POB 702257** **Dallas, TX 75370** | | J | | | | | 1,015.00 |
| Account No. | | | | | | | |
| **Coastal Carolina Health Care** **POB 12248** **New Bern, NC 28561** | | J | | | | | 155.00 |
| Account No. | | | | | | | |
| **Coastal Carolina Imaging** **Coastal Carolina Heath Care,PA** **POB 12248** **New Bern, NC 28561** | | J | | | | | 154.10 |
| Account No. | | | | | | | |
| **Coastal Radiology** **POB 12038** **New Bern, NC 28561** | | J | | | | | 9.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of          Subtotal          1,339.10
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Mark L Jones,**                                                                                          Case No. _____
          **Vivian M Jones**
          _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Columbia House** <br> **POB 91605** <br> **Indianapolis, IN 46291** | | J | | | | | 109.00 |
| Account No. <br><br> **Comcast** <br> **POB 3005** <br> **Gainesville, VA 20155** | | J | | | | | 462.00 |
| Account No. <br><br> **Commonwealth Emerg Phys PC** <br> **POB 13700** <br> **Philadelphia, PA 19191** | | J | | | | | 152.00 |
| Account No. <br><br> **Commonwealth of Va Dept SocSer** <br> **Loundoun Dept of Family Servic** <br> **102 Heritage Way, N.E. #103** <br> **Leesburg, VA 20176** | | J | | | | | 322.00 |
| Account No. <br><br> **Consumer Cellular** <br> **Professional Credit Services** <br> **POB 7548** <br> **Springfield, OR 97475** | | J | | | | | 207.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,252.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**
     **Vivian M Jones**
                                                ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cooking Club of America**<br>**POB 3528**<br>**Hopkins, MN 55343** | | J | | | | | 12.00 |
| Account No. <br><br>**County of Loudoun**<br>**Loundoun Cty Gov Center**<br>**1 Harrison St. SE, 1st Floor**<br>**Leesburg, VA 20175** | | J | | | | | 175.30 |
| Account No. <br><br>**Cox Communications**<br>**POB 9001087**<br>**Louisville, KY 40290** | | J | | | | | 335.00 |
| Account No. <br><br>**Craven Reg. Med Center**<br>**Twin Rivers Collections**<br>**POB 12277**<br>**New Bern, NC 28561** | | J | | | | | 1,600.00 |
| Account No. <br><br>**Direct TV**<br>**Nationwide Credit Inc**<br>**POB 78626**<br>**Phoenix, AZ 85062** | | J | | | | | 400.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,522.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**
       **Vivian M Jones**                            Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx5030** | | | | | | | | |
| **DirectTV**<br>**PO Box 830032**<br>**Baltimore, MD 21283** | | H | | | | | | 295.35 |
| Account No. | | | | | | | | |
| **Disctrict of Colombia Govt**<br>**Professional Acct Mng**<br>**633 W. Wisconsin Ave**<br>**Milwaukee, WI 53203** | | J | | | | | | 50.00 |
| Account No. | | | | | | | | |
| **Dollar General Corp**<br>**100 Mission Ridge**<br>**Goodlettsville, TN 37072** | | J | | | | | | 708.00 |
| Account No. | | | | | | | | |
| **Dominion Virginia Power**<br>**POB 26543**<br>**Richmond, VA 23290** | | J | | | | | | 500.00 |
| Account No. | | | | | | | | |
| **Eastern Carolina Int Med PA**<br>**POB 68**<br>**Pollocksville, NC 28573** | | J | | | | | | 483.00 |

Sheet no. __**5**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal     **2,036.35**
                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**
         **Vivian M Jones**                                                          Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ECU Physicians** **ECU Billing** **POB 751069** **Charlotte, NC 28275** | J | | | | | | | 269.00 |
| Account No. | | | | | | | | |
| **ECU School of medicine** **JL Walston & Assoc** **1530 N. Gregson St** **Durham, NC 27701** | J | | | | | | | 516.00 |
| Account No. | | | | | | | | |
| **Elizabeth River Tunnels** **700 Port Centere Pkwy, Ste 2B** **Portsmouth, VA 23704** | J | | | | | | | 60.00 |
| Account No. | | | | | | | | |
| **EMA** **20010 Century Blvd, Ste 200** **Germantown, MD 20874** | J | | | | | | | 318.00 |
| Account No. | | | | | | | | |
| **Emergency Med Prince Willliams** **Suburban Credit** **6142 Franconia Rd** **Alexandria, VA 22310** | J | | | | | | | 550.00 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,713.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**                                                                          Case No. _____
         **Vivian M Jones**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Emergency Physicians of Tidewa** POB 7549 Portsmouth, VA 23707 | | J | | | | | | 712.00 |
| Account No. | | | | | | | | |
| **EMP of Craven County, PLLC** POB 75811 Cleveland, OH 44101 | | J | | | | | | 256.00 |
| Account No. | | | | | | | | |
| **First Premier Bank** POB 5529 Sioux Falls, SD 57117 | | J | | | | | | 56.00 |
| Account No. | | | | | | | | |
| **Frontline Recovery, LLC** Dept 8282 Carol Stream, IL 60122 | | J | | | | | | 430.00 |
| Account No. | | | | Lease | | | | |
| **Gregory Realty Corp. of VA** 2707 Azalea Garden Road Norfolk, VA 23513 | | J | | | | | | 4,229.00 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     5,683.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark L Jones,**
     **Vivian M Jones**
_____,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Guarantedrat/CBCINNOVIS** <br> **POB 1667** <br> **Pittsburgh, PA 15230** | | J | | | | | 1.00 |
| Account No. <br><br> **Guardian Self Storage** <br> **Ashburn Guardian** <br> **44690 Waxpool Rd** <br> **Ashburn, VA 20147** | | J | | | | | 220.00 |
| Account No. <br><br> **Haas Auto Serivce** <br> **9166 Euclid Court** <br> **Manassas, VA 20110** | | J | | | | | 608.00 |
| Account No. <br><br> **Hampton Collision Center** <br> **404 Aberdeen Road** <br> **Hampton, VA 23661** | | J | | | | | 75.00 |
| Account No. <br><br> **HRUBS** <br> **POB 71092** <br> **Charlotte, NC 28272** | | J | | | | | 292.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

    **1,196.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark L Jones,**
        **Vivian M Jones**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **INova Loudoun Hosp** <br> POB 17244 <br> Baltimore, MD 21297 | | J | | | | | 500.00 |
| Account No. <br> **LAbcorp** <br> LCA <br> POB 2240 <br> Burlington, NC 27216 | | J | | | | | 8.00 |
| Account No. <br> **Laboratory Corp of America** <br> AMCA <br> POB 1235 <br> Elmsford, NY 10523 | | J | | | | | 56.00 |
| Account No. <br> **Loudoun Cnty Comty Srvs Brd** <br> 102 Heritage Way, N.E. Ste 310 <br> Mailstop 77A <br> Leesburg, VA 20176 | | J | | | | | 1.00 |
| Account No. <br> **Loudoun Hosp. Center** <br> POB 6000 <br> Leesburg, VA 20176 | | J | | | | | 133.25 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   698.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark L Jones,**
       **Vivian M Jones**                                                    Case No. _____

_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Loudoun Water POB 4000 Ashburn, VA 20146 | | J | | | | | | 138.00 |
| Account No. | | | | | | | | |
| Medics USA Inc IC System POB 64378 Saint Paul, MN 55164 | | J | | | | | | 65.00 |
| Account No. | | | | | | | | |
| Michael A. Kavanagh 19 C Fort Evans Rd, NE Leesburg, VA 20176 | | J | | | | | | 699.00 |
| Account No. | | | | | | | | |
| Minnieland United Consumers Inc. POB 4466 Woodbridge, VA 22194 | | J | | | | | | 154.00 |
| Account No. | | | | | | | | |
| Navy FCU 820 Follin Ln Vienna, VA 22180 | | J | | | | | | 11,166.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,222.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**
      **Vivian M Jones**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Neuse Center**<br>**POB 1636**<br>**New Bern, NC 28563** | | J | | | | | 141.14 |
| Account No. **xxxxxxx2640**<br><br>**North Shore Agency, Inc.**<br>**Columbia House**<br>**PO Box 91631**<br>**Indianapolis, IN 46209** | | W | | | | | 108.76 |
| Account No.<br><br>**Northside Auto Sales**<br>**9000 Centerville Rd**<br>**Manassas, VA 20110** | | J | | | | | 2,500.00 |
| Account No. **xxxxxx0013**<br><br>**Nova Medical Group**<br>**21785 Filigree Court**<br>**Suite 100**<br>**Ashburn, VA 20147** | | W | Medical | | | | 137.35 |
| Account No.<br><br>**Pitt County Memorial Hspital**<br>**POB 8447**<br>**Greenville, NC 27835** | | J | | | | | 1,127.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,014.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**                                                      Case No. _____
          **Vivian M Jones**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **PotomacFamilyPractice-Sterling** **46165 Westlake Drive, Ste 120** **Sterling, VA 20165** | | J | | | | | | 150.00 |
| Account No. | | | | | | | | |
| **Poudoun Pathology PLC** **POB 2510** **Leesburg, VA 20177** | | J | | | | | | 161.00 |
| Account No. | | | | Personal Property Taxes 2012-2013 | | | | |
| **Prince William County** **Tax Administration Division** **POB 2467** **Woodbridge, VA 22195** | | J | | | | | | 377.00 |
| Account No. | | | | | | | | |
| **Public Storage** **14425 Lee Hwy** **Gainesville, VA 20155** | | J | | | | | | 257.00 |
| Account No. | | | | | | | | |
| **Regional Acceptance Corp** **5423 Henneman Dr, Ste A** **Norfolk, VA 23513** | | J | | | | | | 5,000.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              5,945.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**
         **Vivian M Jones**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Reston Hospital Center POB 99587 Louisville, KY 40269** | | J | | | | | 298.00 |
| Account No. | | | Personal property tax 2014 | | | | |
| **Robert S. Williams, Treasurer City of Hampton POB 638 Hampton, VA 23669** | | J | | | | | 6.88 |
| Account No. | | | | | | | |
| **Safeway POB 12159 Greenville, SC 29612** | | J | | | | | 35.00 |
| Account No. | | | | | | | |
| **Sentara POB 2156 Morrisville, NC 27560** | | J | | | | | 15,463.41 |
| Account No. | | | | | | | |
| **Sentara Health Care POB 2200 Norfolk, VA 23501** | | J | | | | | 1,168.00 |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,971.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**                                                      Case No. _____
         **Vivian M Jones**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sentara Medical Group** **Sentara Transplant Specialists** **600 Gresham Dr, Ste 8620** **Norfolk, VA 23507** | | J | | | | | 929.00 |
| Account No. | | | | | | | |
| **Service Authority** **POB 2266** **4 County Complex Court** **Woodbridge, VA 22195** | | J | | | | | 109.00 |
| Account No. | | | | | | | |
| **Southeastern PT Inc.** **POB 397** **Port Saint Joe, FL 32457** | | J | | | | | 133.00 |
| Account No. | | | | | | | |
| **Sprint PCS** **Diversified Adjustment Service** **POB 32145** **Minneapolis, MN 55432** | | J | | | | | 219.00 |
| Account No. | | | | | | | |
| **Straight Talk** **2675 Reeves Rd., Ste 190** **Plainfield, IN 46168** | | J | | | | | 112.00 |

Sheet no. __**14**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,502.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**
        **Vivian M Jones**                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SuanneSchroll/ChristopherMcLa-ughlin/ Charles Wakefield, Esq 881 Harrison St, SE Leesburg, VA 20175 | | J | | | | | 10,000.00 |
| Account No. | | | | | | | |
| TD Auto Finance POB 9223 Farmington, MI 48333 | | J | | | | | 1,000.00 |
| Account No. | | | | | | | |
| The John Hopkins Univ. Clinical Practice Assoc POB 64896 Baltimore, MD 21264 | | J | | | | | 109.00 |
| Account No. | | | | | | | |
| The Johns Hopkins Hospital POB 537118 Atlanta, GA 30353 | | J | | | | | 187.00 |
| Account No. | | | | | | | |
| The Town of Leesburg VA POB 9000 Leesburg, VA 20177 | | J | | | | | 33.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **11,329.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark L Jones,**                                                    Case No. _____
        **Vivian M Jones**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| **Tidewater Community College** **300 Granby St** **Norfolk, VA 23510** | | J | | | | | 363.00 |
| Account No. | | | 2007-2010 | | | | |
| **Town of Leesburg** **25 W. Market St** **Leesburg, VA 20176** | | J | | | | | 106.40 |
| Account No.  xx4358 | | | Medical Collection (Craven Regional Medical Center) | | | | |
| **Twin Rivers Collections** **PO Box 12277** **New Bern, NC 28561** | | H | | | | | 178.61 |
| Account No. | | | | | | | |
| **Unitrin Direct** **NCOFinancialSystemsInc.Dept300** **POB 15618** **Wilmington, DE 19850** | | J | | | | | 144.00 |
| Account No. | | | | | | | |
| **Unslow County Behavioral Hlth** **165 Center St** **Jacksonville, NC 28546** | | J | | | | | 3,999.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,791.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mark L Jones,**
    **Vivian M Jones**
                                               **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Verizon** <br> **LC System, Inc** <br> **POB 64378** <br> **Saint Paul, MN 55164** | | J | | | | | 843.00 |
| Account No. <br><br> **Virginia Natural gas** <br> **POB 4569** <br> **Atlanta, GA 30302** | | J | | | | | 109.00 |
| Account No. <br><br> **Virtuoso Sourcing Group, LLC** <br> **3033 S. Parker Rd., Ste 1000** <br> **Aurora, CO 80014-2919** | | J | | | | | 1,200.00 |
| Account No. <br><br> **Walgreens** <br> **CPS Security** <br> **POB 33698** <br> **San Antonio, TX 78265** | | J | | | | | 39.00 |
| Account No. <br><br> **Washington Gas Light** <br> **CBCS** <br> **POB 2589** <br> **Columbus, OH 43216** | | J | | | | | 309.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Jones,**
      **Vivian M Jones**                                                                      Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Westlake Financial Services** <br> **POB 76809** <br> **Los Angeles, CA 90076** | | J | | | | | 7,300.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal (Total of this page) | 7,300.00 |
| Total (Report on Summary of Schedules) | 87,453.55 |

B6G (Official Form 6G) (12/07)

In re    **Mark L Jones,**                             Case No. _____
            **Vivian M Jones**

                                Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    ☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Gregory Realty Corp. of VA**<br>**2707 Azalea Garden Road**<br>**Norfolk, VA 23513** | **Lease dated December 11, 2013 - December 31, 2015** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Mark L Jones,**                                                              Case No. _____
         **Vivian M Jones**
_____,
                                          Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Mark L Jones**
       **Vivian M Jones**

                   Debtor(s)

Case No.

Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **38**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April  9, 2015**                Signature    **/s/ Mark L Jones**

                                                  **Mark L Jones**
                                                  Debtor

Date    **April  9, 2015**                Signature    **/s/ Vivian M Jones**

                                                  **Vivian M Jones**
                                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Mark L Jones**     Case No.
      **Vivian M Jones**
                         Debtor(s)     Chapter     **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$23,671.04** | **2014 YTD: Wife Employment Income** |
| **$52,000.00** | **2013: Wife Employment Income** |
| **$0.00** | **2014 YTD: Husband Employment Income** |
| **$23,252.00** | **2013: Husband Employment Income** |
| **$6,000.00** | **2015 YTD: Wife Employment Income** |

B7 (Official Form 7) (04/13)
2

## 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give details. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

## 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Navy FCU v. Vivian Jones** | **Garnishment** | **Prince WIlliams County General District Court** | **Pending 6/22/2015** |
| **Gregory Realty Corp. of VA v. Mark & Vivian Jones** | **Unlawful Detainer** | **Norfolk General District Court** | **Pending - Hearing date April 9, 2015** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| None ■ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

| None ■ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

| None ■ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The McCreedy Law Group, PLLC** **413 West York Street** **Norfolk, VA 23510** | **Debtor paid counsel $400 to date.  $310 filing fee. and $90 toward attorney fees of $5,000.** | |
| **A247 Class** **www.a247class.com** | **11/05/2014** | **$15.00 for Prepetition Credit Counseling Class** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7166 Kings Crossing Terrace, Ashbearn, VA** | | |
| **6708 Eldermill Lane, Gainesville, VA** | | |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| J&J Powerwashing & Lawn Care | | 7441 Spartan Ave Norfolk, VA 23518 | Lawn Care | |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                        DATES SERVICES RENDERED

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

None ■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

B7 (Official Form 7) (04/13)
8

---

**25. Pension Funds.**

None
■        If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
         employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  __April  9, 2015__                    Signature   **/s/ Mark L Jones**
                                                          **Mark L Jones**
                                                          Debtor

Date  __April  9, 2015__                    Signature   **/s/ Vivian M Jones**
                                                          **Vivian M Jones**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203                                                                  2014 USBC, Eastern District of Virginia

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Mark L Jones**
**Vivian M Jones**

_____
Debtor(s)

Case No. _____

Chapter   **13**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **90.00** |
| Balance Due | $ | **4,910.00** |

2.      The source of the compensation paid to me was:

☐ Debtor     ■ Other *(specify)*     **Debtor paid counsel $400 to date.  $310 filing fee. and $90 toward attorney fees of $5,000.**

3.      The source of compensation to be paid to me is:

■ Debtor     ☐ Other *(specify)*

4.      ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Other provisions as needed:
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

Form B203                                                                    2014 USBC, Eastern District of Virginia

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April  9, 2015** | **/s/ W. Greer McCreedy, II** |
| *Date* | **W. Greer McCreedy, II 27681** |
| | *Signature of Attorney* |
| | |
| | **The McCreedy Law Group, PLLC** |
| | *Name of Law Firm* |
| | **413 West York Street** |
| | **Norfolk, VA 23510** |
| | **757 233-0045  Fax: 757 233-7661** |

---

**For use in Chapter 13 Cases where Fees Requested Not in Excess of $5,000**
**(For all Cases Filed on or after 8/1/2014)**
## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| **April  9, 2015** | **/s/ W. Greer McCreedy, II** |
| *Date* | **W. Greer McCreedy, II 27681** |
| | *Signature of Attorney* |

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Mark L Jones**
       **Vivian M Jones** _____   Case No. _____

                                Debtor(s)     Chapter   **13** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Mark L Jones** | | |
|---|---|---|
| **Vivian M Jones** | X  **/s/ Mark L Jones** | **April 9, 2015** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X  **/s/ Vivian M Jones** | **April 9, 2015** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Allied Interstate LLC
POB 4000
Warrenton, VA 20188


Armstrong Grocery
William O. Roundtree, Esq
POB 62813
Virginia Beach, VA 23466


Avon
POB 105033
Atlanta, GA 30348


Bank of America
Credit Controll LLC
POB 488
Hazelwood, MO 63042


Bayview Physician Services, PC
POB 7068
Portsmouth, VA 23707


Busman & Busman, PC
POB 7514
Fairfax Station, VA 22039


Camden Lansdowne
43805 Stoney Brook Sq
Leesburg, VA 20176


Capital One
POB 71083
Charlotte, NC 28272


Capital One Auto Finance
POB 60511
City of Industry, CA 91716


CBE Group
POB 2337
Waterloo, IA 50704

CDR Investments LLC
dba Aaaron's
504 Fort Evans Rd
Leesburg, VA 20176


Chevy Chase Bank
6200 Chevy Chase Dr
Laurel, MD 20707


Cingular Wireless-WAS
Nationwide Recovery Systems
POB 702257
Dallas, TX 75370


Coastal Carolina Health Care
POB 12248
New Bern, NC 28561


Coastal Carolina Imaging
Coastal Carolina Heath Care,PA
POB 12248
New Bern, NC 28561


Coastal Radiology
POB 12038
New Bern, NC 28561


Columbia House
POB 91605
Indianapolis, IN 46291


Comcast
POB 3005
Gainesville, VA 20155


Commonwealth Emerg Phys PC
POB 13700
Philadelphia, PA 19191


Commonwealth of Va Dept SocSer
Loundoun Dept of Family Servic
102 Heritage Way, N.E. #103
Leesburg, VA 20176

Commonwealth of Virginia
Department of Taxation, Legal
P.O. Box 2156
Richmond, VA 23218


Consumer Cellular
Professional Credit Services
POB 7548
Springfield, OR 97475


COnsumer Debt Services
POB 714242
Columbus, OH 43271


Cooking Club of America
POB 3528
Hopkins, MN 55343


County of Loudoun
Loundoun Cty Gov Center
1 Harrison St. SE, 1st Floor
Leesburg, VA 20175


Cox Communications
POB 9001087
Louisville, KY 40290


Craven Reg. Med Center
Twin Rivers Collections
POB 12277
New Bern, NC 28561


Direct TV
Nationwide Credit Inc
POB 78626
Phoenix, AZ 85062


DirectTV
PO Box 830032
Baltimore, MD 21283


Disctrict of Colombia Govt
Professional Acct Mng
633 W. Wisconsin Ave
Milwaukee, WI 53203

Dollar General Corp
100 Mission Ridge
Goodlettsville, TN 37072


Dominion Virginia Power
POB 26543
Richmond, VA 23290


Eastern Carolina Int Med PA
POB 68
Pollocksville, NC 28573


ECU Physicians
ECU Billing
POB 751069
Charlotte, NC 28275


ECU School of medicine
JL Walston & Assoc
1530 N. Gregson St
Durham, NC 27701


Elizabeth River Tunnels
700 Port Centere Pkwy, Ste 2B
Portsmouth, VA 23704


EMA
20010 Century Blvd, Ste 200
Germantown, MD 20874


Emergency Med Prince WiIlliams
Suburban Credit
6142 Franconia Rd
Alexandria, VA 22310


Emergency Physicians of Tidewa
POB 7549
Portsmouth, VA 23707


EMP of Craven County, PLLC
POB 75811
Cleveland, OH 44101

First Premier Bank
POB 5529
Sioux Falls, SD 57117


Fredricsburg Collection
10506 Wakeman Dr
Fredericksburg, VA 22407


Frontline Recovery, LLC
Dept 8282
Carol Stream, IL 60122


Gregory Realty Corp. of VA
2707 Azalea Garden Road
Norfolk, VA 23513


Guarantedrat/CBCINNOVIS
POB 1667
Pittsburgh, PA 15230


Guardian Self Storage
Ashburn Guardian
44690 Waxpool Rd
Ashburn, VA 20147


Haas Auto Serivce
9166 Euclid Court
Manassas, VA 20110


Hampton Collision Center
404 Aberdeen Road
Hampton, VA 23661


HRUBS
POB 71092
Charlotte, NC 28272


INova Loudoun Hosp
POB 17244
Baltimore, MD 21297


IRS Insolvency Unit
PO Box 7346
Philadelphia, PA 19101

```
LAbcorp
LCA
POB 2240
Burlington, NC 27216


Laboratory Corp of America
AMCA
POB 1235
Elmsford, NY 10523


Loudoun Cnty Comty Srvs Brd
102 Heritage Way, N.E. Ste 310
Mailstop 77A
Leesburg, VA 20176


Loudoun Hosp. Center
POB 6000
Leesburg, VA 20176


Loudoun Water
POB 4000
Ashburn, VA 20146


Lounoun Medical Grooup
POB 17334
Baltimore, MD 21297


LTD Financial Services, LP
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Medfinancial Services Inc.
POB 12718
New Bern, NC 28561


Medics USA Inc
IC System
POB 64378
Saint Paul, MN 55164


Michael A. Kavanagh
19 C Fort Evans Rd, NE
Leesburg, VA 20176
```

Minnieland
United Consumers Inc.
POB 4466
Woodbridge, VA 22194


Navy FCU
820 Follin Ln
Vienna, VA 22180


Neuse Center
POB 1636
New Bern, NC 28563


North Shore Agency Inc
POB 91631
Indianapolis, IN 46209


North Shore Agency, Inc.
Columbia House
PO Box 91631
Indianapolis, IN 46209


Northside Auto Sales
9000 Centerville Rd
Manassas, VA 20110


Nova Medical Group
21785 Filigree Court
Suite 100
Ashburn, VA 20147


Penn Credit Corp
POB 988
Harrisburg, PA 17108


Pitt County Memorial Hspital
POB 8447
Greenville, NC 27835


PotomacFamilyPractice-Sterling
46165 Westlake Drive, Ste 120
Sterling, VA 20165

Poudoun Pathology PLC
POB 2510
Leesburg, VA 20177


Prince William County
Tax Administration Division
POB 2467
Woodbridge, VA 22195


Public Storage
14425 Lee Hwy
Gainesville, VA 20155


Regional Acceptance Corp
5423 Henneman Dr, Ste A
Norfolk, VA 23513


Reston Hospital Center
POB 99587
Louisville, KY 40269


RJM Acquisitions LLC
575 Underhill Blvd. Ste 224
Syosset, NY 11791


Robert S. Williams, Treasurer
City of Hampton
POB 638
Hampton, VA 23669


Safeway
POB 12159
Greenville, SC 29612


SCA Collections
300 East Arlington Blvd
Parliament Place, Ste 6-A
Greenville, NC 27858


Sentara
POB 2156
Morrisville, NC 27560

Sentara Health Care
POB 2200
Norfolk, VA 23501


Sentara Medical Group
Sentara Transplant Specialists
600 Gresham Dr, Ste 8620
Norfolk, VA 23507


Service Authority
POB 2266
4 County Complex Court
Woodbridge, VA 22195


Southeastern PT Inc.
POB 397
Port Saint Joe, FL 32457


Sprint PCS
Diversified Adjustment Service
POB 32145
Minneapolis, MN 55432


Stellar Recovery Inc.
1845 US Hwy 93 S
Kalispell, MT 59901


Straight Talk
2675 Reeves Rd., Ste 190
Plainfield, IN 46168


SuanneSchroll/ChristopherMcLa-
ughlin/ Charles Wakefield, Esq
881 Harrison St, SE
Leesburg, VA 20175


Sunrise Credit Services, Inc
260 Airport Plaza
POB 9168
Farmingdale, NY 11735


TD Auto Finance
POB 9223
Farmington, MI 48333

The John Hopkins Univ.
Clinical Practice Assoc
POB 64896
Baltimore, MD 21264


The Johns Hopkins Hospital
POB 537118
Atlanta, GA 30353


The Town of Leesburg VA
POB 9000
Leesburg, VA 20177


Tidewater Community College
300 Granby St
Norfolk, VA 23510


Town of Leesburg
25 W. Market St
Leesburg, VA 20176


Twin Rivers Collections
PO Box 12277
New Bern, NC 28561


United Consumers Inc
POB 4466
Woodbridge, VA 22194


United Consumers, Inc.
PO Box 4466
Woodbridge, VA 22194


Unitrin Direct
NCOFinancialSystemsInc.Dept300
POB 15618
Wilmington, DE 19850


Unslow County Behavioral Hlth
165 Center St
Jacksonville, NC 28546

```
Verizon
LC System, Inc
POB 64378
Saint Paul, MN 55164


Virginia Natural gas
POB 4569
Atlanta, GA 30302


Virtuoso Sourcing Group, LLC
3033 S. Parker Rd., Ste 1000
Aurora, CO 80014-2919


Walgreens
CPS Security
POB 33698
San Antonio, TX 78265


Washington Gas Light
CBCS
POB 2589
Columbus, OH 43216


Westlake Finance
4751 Wilshire Blvd., Ste 100
Los Angeles, CA 90010


Westlake Financial Services
POB 76809
Los Angeles, CA 90076
```

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1    **Mark L Jones**

Debtor 2    **Vivian M Jones**
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Virginia

Case number
(if known)

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■   1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐   2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

_____

■   3. The commitment period is 3 years.

☐   4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 22C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**12/14**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married**. Fill out both Columns A and B, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $    0.00 | $    3,336.52 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $    0.00 | $    0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $    0.00 | $    0.00 |
| 5. | **Net income from operating a business, profession, or farm**<br>Gross receipts (before all deductions)    $   0.00<br>Ordinary and necessary operating expenses   -$   0.00<br>Net monthly income from a business, profession, or farm   $   0.00   Copy here -> | $    0.00 | $    0.00 |
| 6. | **Net income from rental and other real property**<br>Gross receipts (before all deductions)    $   0.00<br>Ordinary and necessary operating expenses   -$   0.00<br>Net monthly income from rental or other real property   $   0.00   Copy here -> | $    0.00 | $    0.00 |

| Debtor 1 | **Mark L Jones** |
|---|---|
| Debtor 2 | **Vivian M Jones** |

Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

7. **Interest, dividends, and royalties** — $ 0.00 | $ 0.00

8. **Unemployment compensation** — $ 0.00 | $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you $ 0.00

For your spouse $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $ 0.00 | $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____ $ 0.00 | $ 0.00

10b. _____ $ 0.00 | $ 0.00

10c. Total amounts from separate pages, if any. + $ 0.00 | $ 0.00

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. — $ 0.00 + $ 3,336.52 = $ 3,336.52

Total average monthly income

**Part 2:    Determine How to Measure Your Deductions from Income**

12. **Copy your total average monthly income from line 11.** — $ 3,336.52

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 on line 3d.

■ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____ $ _____

13b. _____ $ _____

13c. _____ + $ _____

13d. Total $ 0.00    Copy here=> 13d. - 0.00

14. **Your current monthly income.** Subtract line 13d from line 12. — 14. $ 3,336.52

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> — 15a. $ 3,336.52

Multiply line 15a by 12 (the number of months in a year). — x 12

15b. The result is your current monthly income for the year for this part of the form. — 15b. $ 40,038.24

| | | |
|---|---|---|
| Debtor 1 | **Mark L Jones** | |
| Debtor 2 | **Vivian M Jones** | Case number (*if known*) |

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **VA**

16b. Fill in the number of people in your household. **2**

16c. Fill in the median family income for your state and size of household.        16c.    $  **68,108.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a.  ■    Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

17b.  ☐    Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4) |
|---|---|

**18.** Copy your total average monthly income from line 11 .        18.    $  **3,336.52**

**19.** Deduct the marital adjustment if it applies. If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a.        19a.  –$  **0.00**

**Subtract line 19a from line 18.**        19b.    $  **3,336.52**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b        20a.    $  **3,336.52**

Multiply by 12 (the number of months in a year).        **x   12**

20b. The result is your current monthly income for the year for this part of the form        20b.    $  **40,038.24**

20c. Copy the median family income for your state and size of household from line 16c        $  **68,108.00**

**21.  How do the lines compare?**

■    Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐    Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  **/s/ Mark L Jones**                                    X  **/s/ Vivian M Jones**

**Mark L Jones**                                              **Vivian M Jones**
Signature of Debtor 1                                       Signature of Debtor 2

Date  **April  9, 2015**                                    Date  **April  9, 2015**
MM / DD  / YYYY                                             MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| Debtor 1 | **Mark L Jones** | |
|---|---|---|
| Debtor 2 | **Vivian M Jones** | Case number (*if known*) |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2014** to **03/31/2015**.

Official Form 22C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 4**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Mark L Jones** | |
|---|---|---|
| Debtor 2 | **Vivian M Jones** | Case number (*if known*) |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **10/01/2014** to **03/31/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employment**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **10/2014** | **$3,336.52** |
| 5 Months Ago: | **11/2014** | **$3,336.52** |
| 4 Months Ago: | **12/2014** | **$3,336.52** |
| 3 Months Ago: | **01/2015** | **$3,336.52** |
| 2 Months Ago: | **02/2015** | **$3,336.52** |
| Last Month: | **03/2015** | **$3,336.52** |
| | Average per month: | **$3,336.52** |